IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JENNIFER FELTY | ) | |
| | ) | No. 3-12-0894 |
| v. | ) | |
| | ) | |
| WALMART STORES EAST, INC. | ) | |

O R D E R

Pending before the Court is the motion of plaintiff's counsel to withdraw (Docket Entry No. 13).

Although the Court would be willing to grant the motion, plaintiff's counsel has redacted the plaintiff's address from the copies of letters attached to the motion. The Court must have the plaintiff's address to send her copies of orders and other notices. Similarly, defendant's counsel will need the plaintiff's address.

As a long as the plaintiff is proceeding without counsel, her address will be a matter of public record and will be listed on the docket unless otherwise ordered for good cause.

Therefore, by January 11, 2013, plaintiff's counsel shall file a notice of the plaintiff's address. Thereafter, the Court will address the motion to withdraw.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge